PD-0971-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 5:51:11 PM
Accepted 7/29/2015 10:47:09 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

July 29, 2015

ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **KEN SCRIPA** | § | |
| **VS.** | § | **NO. 01-14-00477-CR** |
| | | **FIRST COURT OF APPEALS** |
| **THE STATE OF TEXAS** | § | |

# MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

I.

COMES NOW, **KEN SCRIPA**, Appellant in the above entitled and numbered cause, under the authority of Tex. R. App. P. Rule 10.5(b)(3) and would respectfully request this Court grant an extension of time to file Appellant's Petition for Discretionary Review and would show the following:

I.

Appellant's Appeal was affirmed on July 2, 2015 by The First Court of Appeals. Appellant's Petition for Discretionary Review must be filed by August 3, 2015.

II.

This is Appellant's first Motion for Extension of Time to file his Petition for Discretionary Review.

III.

Appellant's attorney, Gerald Fry, is handling many other clients and their court cases and doesn't have sufficient time to write this Petition for Discretionary Review by August 3, 2015.

IV.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel prays for this court to extend the time for filing Appellant's Petition for Discretionary Review until **September 3, 2015** which is thirty days from the current deadline.

Respectfully submitted,

/s/ Gerald Fry
GERALD FRY
Texas Bar Number 07493800
801 Congress, Suite 350
Houston, TX 77002
(713) 222-0860; (713) 224-3111 Fax
jerryfry@hal-pc.org

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellant's MOTION was served on Mr. Alan Curry, Chief of the Appellate Division, Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, Texas 77002.

/s/ Gerald Fry
Gerald Fry